# UNITED STATES DISTRICT COURT
для
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:22mj193 |
| ETHAN ROBERTS | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>between and on May 15, 2022 through August 6, 2022</u>, in the <u>Eastern</u> District of <u>Virginia</u> and elsewhere, the defendant violated:

| *Code Section(s)* | *Offense Description(s)* |
|---|---|
| Count One: 18 U.S.C. § 2422(b) | Online Enticement of a Minor |
| Count Two: 18 U.S.C. § 2423(a) | Transportation of a Minor |
| Count Three: 18 U.S.C. § 2423(b) | Travel with Intent |
| Count Four: 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts: **Please see attached Affidavit.**

READ AND REVIEWED:

_____
Elizabeth M. Yusi
Assistant United States Attorney

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Justin Terry, FBI, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 22, 2022

_____
*Judge's signature*

City and state: Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*