JS 45 (11/2002)

**Criminal Case Cover Sheet** — **U.S. District Court**

| Place of Offense: | | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|---|
| City: EDVA | | Criminal Complaint: | Criminal Number: 2:22mj |
| County/Parish: | | Same Defendant: | New Defendant: Ethan Roberts |
| | | Magistrate Judge Case Number: | Arraignment Date: |
| | | Search Warrant Case Number: | |
| | | R 20/R 40 from District of _____. | |

**Defendant Information:**

Juvenile: Yes ☐ No ☒  FBI# ----
Defendant Name: Ethan Roberts   Alias Name(s):
Address: Maricopa County Jail
Birth Date: 1994   SS#:   Sex: Male   Race:   Nationality:   Place of Birth:
Height:   Weight: s   Hair:   Eyes:   Scars/Tattoos:
Interpreter: Yes ☐ No ☒   List Language and/or dialect:

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as of: in
☒ Already in State Custody        ☐ On Pretrial Release       ☐ Not in Custody
☒ Arrest Warrant Requested        ☐ Fugitive                  ☐ Summons Requested
☐ Arrest Warrant Pending          ☒ Detention Sought          ☐ Bond

**Defense Counsel Information:**

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| Email: | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| AUSA: Elizabeth Yusi | Telephone No. 757-441-6331 | Bar #: 91982 |

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI, 209 Resource Row, Chesapeake, VA 757-455-0100

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2423(b) | Online Enticement | 1 | Felony |
| Set 2 | 18 U.S.C. § 2423(a) | Transportation of a Minor | 2 | Felony |
| Set 3 | 18 U.S.C. § 2423(b) | Travel with Intent | 3 | Felony |
| Set 4 | 18 U.S.C. § 2522(b)(2) | Receipt of Child Pornography | 4 | Felony |